UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK GRAY,

  Plaintiff,

                              CASE NO.: 6:15-CV-1331-ORL-28TBS

-vs-

MCI COMMUNICATIONS SERVICES, INC.,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Mark Gray, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, MCI Communications Services, Inc., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of October 2015.

                                            */s/ William Peerce Howard*
                                            William Peerce Howard, Esquire
                                            Morgan & Morgan, P.A.
                                            One Tampa City Center
                                            201 N. Franklin St., 7th Floor
                                            Tampa, FL 33602
                                            Tele: (813) 223-5505
                                            Fax: (813) 223-5402
                                            Florida Bar #: 0103330
                                            Attorney for Plaintiff
                                            bhoward@forthepeople.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed electronically on the 26th day of October, 2015, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

    dmercer@butler.legal
    eservice@butler.legal

                            */s/ William Peerce Howard*
                            Attorney for Plaintiff